IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ERIC STOKES,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CIVIL ACTION NO.: 6:17-cv-112<br><br>(Case No.: 6:02-cr-20) |

**ORDER**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 10), to which Movant Eric Stokes ("Stokes") failed to file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **GRANTS** Respondent's Motion to Dismiss, (doc. 6), and **DENIES** Movant's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255, (doc. 1). Additionally, the Court **DENIES** Stokes a Certificate of Appealability and **DENIES** him leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 3rd day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA